**Opinion issued March 4, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00674-CV

————————————

**IN RE EDUARDO DEL PINO, SPRING DEL PINO, ROBERT RUGGLES, GLORIA RUGGLES, ROBERT DAWKINS, DEMETRIA DAWKINS, EDDIE DELANEY, JENNIFER DELANEY, LEROY DELK, CAROLE DELK, MARTIN DENARI, MARIA DENARI, ALBERT DENNLER, ERMI DIAZ, GHAZI DICKAKIAN, JACQUELINE DICKAKIAN, MATTHEW CROGHAN, MARLA DIETZ, GREGORY DILLARD, ELIZABETH DILLARD, WILLIAM DISMUKES, MELISSA DISMUKES, GERARD DOYLE, REBECCA DOYLE, KENNETH DUGAS, MARILYNN DULANY, EDWARD DUMIRE, TAMMY DUMIRE, BERT DWORAK, ANNEMARIE DWORAK, BEVERLY DYER, JANINE EGGERS, CHRISTOPHER ELLISON, GEORGENA ELLISON, JOHN ELY, MICHELLE ELY, JOHN FARMER, KELLY FARMER, TYRONE FAUST, KENNETH FEARON, DIANA FEARON, ROBERT FENNELL, KAREN FENNELL, DANELL FIELDS, LESLIE FLAKE, JEREMY FONTENOT, COURTNEY FONTENOT, TYLER FORD, MIKKI FORD, GAYLES FORWARD PERKINS, JIMMY FOSTER, LAURA FOSTER, RICK FOX, JANICE FOX, ANDREW FRANCIS, RICK FRAZIER, LOUISE FRAZIER, MICHAEL GIBSON, DIANNE GIBSON, FRANK GIROLAMO, SUE GIROLAMO, EDWIN GOLDMAN, NICOLE GOLDMAN, JASON GOMEZ, JUAN**

GONZALEZ, BENITA TURRUBIARTES, ALLEN HOWARD DEOLIVER, DEBBIE GRANT, MICHALE GRANT, MARY GRANT, ALAN HANEY, RHONDA HANEY, BRANDON HANNA, AMANDA HANNA, JACKIE HARMON, MARK HATCH, ELIZABETH HATCH, TARA HEIL, MARY HELMER, JEFF HEMMER, ROBERT HENDRY, LESLIE HENDRY, GAYE HENLEY, JAMES HENRY, MELANIE HENRY, CHARLES HENSLEY, WILLIAM HEPFNER, JASON HILLYER, DEBBIE HILLYER, VIRGINIA HOGWOOD, RANDOLPH HOLLAND, KIMBERLY HOLLAND, KENNETH HOWARD, YVONNE HOWARD, DAVID HUETHER, DANIA HUETHER, JAMES JENKINS, CAROLE JENKINS, JOHN JENKINS, LOURDES JENKINS, WALTER JENKINS, SUSAN JENKINS, JOANNE JESTER, YU JIN, XIN HAO, CHRIS JOHNSEN, BRANDEE JOHNSEN, GLENDA JOHNSON, MARCO JOHNSON, STANLEY JORGENSEN, LOWETA JORGENSEN, KELLY KING, JAMIE KING, ROBERT KING, RITA KING, WILLIAM KITTS, SHERRY KITTS, DENNIS KLAGER, ELLEN KLAGER, JOHN KLUG, ANITA KLUG, STEVEN KNOWLES, GINA KNOWLES, WILLIAM KOERNER, MEREDITH KOERNER, GERALD KONIECZNY, NORA KONIECZNY, SAMIR KREIT, CAROLYN KREIT, ERIC KRISTIANSEN, BRIDGET KRISTIANSEN, LARRY KRUSE, CHRISTINA KRUSE, STEPHEN LANEY, JANICE LANEY, RONALD LEGGETT, SHIRLEY LEGGETT, FRANK LEIDOLF, NORMAN LEMMA, DIANE LEMMA, ANDREW LEMOINE, LORETTA LEMOINE, FREDERICK LENGEFELD, TANYA LENGEFELD, TODD LIMBAUGH, MARY LIMBAUGH, CARLYN LLENOS, SHARON LLEWELLYN, GREGORY LUCAS, LORRI LUCAS, LASON MACKEY HINES, CHRISTOPHER MADDEN, CHARLES BERRY MADDEN, MANUEL MALVAEZ, JENNIFER MALVAEZ, DAVID MANTEY, CLAUDIA MANTEY, MOLLY MARCHMAN, LINDA MARTIN, JOSEPH MAUL, EMILY MAUL, DICK MCCALL, MILDRED MCCALL, HOLLIE MCCLELLAN, WALTER MCFERRIN, DANIEL MCGINNIS, MICHELLE MCGINNIS, ROBERT MCHUGH, JR., FRANCINE MCHUGH, ERIC MCKEE, GWEN MCKEE, EDWIN MCLEA, ERIN MCLEA, SHANE MCLEAN, PAULA MCLEAN, DONNA MCMURRAY, GENE MEDLOCK, CHRISTI MEDLOCK, JOHN MIKAN, DEBBIE MIKAN, JAMES MILLER, ELEANOR MILLER, DANIEL MILLMAN, AE MILLMAN, NICOLAE MITITEANU, MONTE MITTAG,

CARL MONTANO, AURORA MONTANO, RONNIE MOORE, FIDEL MORENO, CONNIE MORENO, PAUL MORGAN, KENDALL MORGAN, JOHN MORMINO, LORETTA MORMINO, CHAD MOSES, SASHA MOTE, JOHN MOYELL, GURLI MOYELL, BETTY MURPHY, KEVIN MURPHY, MARY MURPHY, ROBIN NABER, THOMAS NELSON II, AMANDA NELSON II, SAM NIELSEN, PAULA NIELSEN, JEANIE NOLLE, JERRY NOON, KELLI NOON, CARLOS OCHOA, MICHELLE OCHOA, LUIS OCHOA, JO ANN NEGRON, PAULA ORTIZ, BRITT OWENS, YVONNE OWENS, DARRELL OWENS, ROBERT PANZARELLA, MARY BETH PANZARELLA, STACIA PARMENTER, EDUARDO PARRA, MARIA BARRO, DAVID PARROTT, MARGE PARROTT, SCOTT PELFREY, STEPHANIE PELFREY, RANDALL PHILLIPS, SHARON PHILLIPS, JIM PINKERTON, NANCY PINKERTON, RICARDO PINON, DICK PIPKIN, PEGGY PIPKIN, KORI PLOWMAN, CHRISTOPHER PRIDDY, KEITH PROBYN, CELINA PROBYN, LANCE PURSLEY, CAROL PURSLEY, GEORGE QUENZER, RAMIRO GARCIA, TODD RAINER, LISA COMBEST, ANDREW RAYMER, CATHLEEN RAYMER, AARON RENEAU, JAMIE RENEAU, MARI REYES, MARCELLA YBARRA, GEORGE RITTENHOUSE, JUDY RITTENHOUSE, JUSTIN ROBERT, ALBAH ROBERT, MARSHALL ROBERTS, CHARLOTTE ROBERTS, JEFF ROBERTS, LEA ROBERTS, JOHN ROCCO, MARY ROCCO, DAVID ROESLER, PATRICK ROLLINS, KAREN ROLLINS, DOUGHLAS ROUND, SUSAN ROUND, RONALD ROUNSAVILLE, SHARON ROUNSAVILLE, CHARLES RUDD, PRISCILLA RUDD, PAUL RUDMAN, ANTHONY RUFFINO, SCOTT SABRSULA, BROOKE SABRSULA, JOHN SAM, TASHAUNA SAM, ANGEL SANTOS, WENDY SANTOS, MATHIAS SCHLECHT, ANDREA SCHLECHT, ALLEN SCHMIT, LYNETTE SCHMIT, LOREN SCHOLTES, BARBARA SCHOLTES, ROBERT SCOTT, MICHELLE SCOTT, PATRICK SHANAHAN, LEESA SHANAHAN, RAMAN SHANKER, MEENAKSHI SHANKER, DIANNA SIMMONS, JEFF SIMMONS, CRICKETT SIMMONS, MICHAEL SLADEK, ROSE SLADEK, SYLVIA SLAUGHTER, SIMON SMETHERMAN, JESSE SMETHERMAN, GARY SMITH, CASEY SMITH, JAMES SMITH, JEWEL SMITH, WILLIAM SMITH, KARI SMITH, BRANDON STANISLAUS, KRISTEN STANISLAUS, ROBERT STARK, JILL STARK, GARY STEINBERGER,

REBECCA STEINBERGER, BRENDA STEPHENS, ROSS STEPHENSON, SHERRY STEPHENSON, RICHARD STEWART, VICKI STEWART, HOLGER STIBBE, PEARL STIBBE, BOB STIPPEL, COLLEEN STIPPEL, RONNIE STOKLEY, GERALDINE STOKLEY, JENNIFER STONE, JOHN STONE, SUSAN STONE, BARRY STRINGER, JASON STULTS, LISA STULTS, DOUG STURGIS, MELISSA STURGIS, JAMES SUGGS, ERICK SUJO, TODD SVIHOVEC, STACY SVIHOVEC, ANGELA SWANAGON, BRENDA SIMMONS, FRITZ SWANSON, SANDRA SWANSON, BOGDAN SZOPA, BIBIANNA SZOPA, WILLIAM THOMAS, TROY THORNTON, PETE TORRES, MARY TORRES, RAUL TORRES, CATERINA TORRES, ANDRE TRAN, MIGUEL TUM, MARLEN CICNEROS, FERNANDO TURRUBIARTES, MARIBEL TURRUBIARTES, ROBERT TYLER, JONAH MENDELSOHN, KENNETH ULRICH, COLLEEN ULRICH, HAL UNDERWOOD, MARY UNDERWOOD, BOBBIE JO VAN DER WALT, ISAK VAN DER WALT, BILL VAUGHN, TERESA VAUGHN, DUSTIN VEATCH, AMANDA VEATCH, DAWN VILLANUEVA, SANDRA VIVELL, DAVID WALLS, CHELSEA WALLS, CHARLEY WARD, KATHERINE WARD, LAWRENCE WEDEKIND, DEBORAH WEDEKIND, MARY WESTHOFF, TERRY WHITNEY, GLORIA WHITNEY, WILLIAM WILKERSON, FAYE WILKERSON, CHAD WILLIAMS, KIMBERLY WILLIAMS, GERALD WILLIAMS, JULIE WILLIAMS, NICHOLAS WILSON, NICOLETTA WILSON, JIM WISE, JANE WISE, JIMMIE WISENBAKER, CHARLOTTE WISENBAKER, TERRY WOODALL, LINDA WOODALL, JASON WORLEY, CRYSTAL WORLEY, RHONDA WRIGHT, GARY ZELASKO, CHEN ZHAO, ZHIYONG ZHAO, LIN  YANG, HAROLD ZUCKERMAN, MARLENE ZUCKERMAN, KINGWOOD BAGEL & SANDWICH COMPANY, GNOME SWEET GNOME LLC, WOODY T BARKSDALE DDS, JERRY W BAUTSCH DDS PA, PAT CUNNINGHAM STATE FARM INSURANCE AGENCY, IAN HEALY DDS MDS PLLC, RACHAELS GIFTS, NORTHEAST LLC, CHIRON COMMUNICATION SERVICES LLC, CREEKWOOD DENTAL INC., KINGWOOD URGENT CARE CLINIC LLC, A&X ZHAI LLC, DREI B LLC, MEMORIAL HERMANN MEDICAL GROUP ALLERGY & ENT ASSOCIATES PA, HATEM KHALAF, KINGWOOD PHOTO LAB, FRANCY LE, ANDRE TRAN, S&A NAILS, TRAM LE, PHOLICIOUS VIETNAMESE RICE NOODLES, GREGORY

4

CONSTANTINOU, LE TIQUE NAILS, VSR HOLDINGS LLC, SIR ENTERPRISES INC., ROBERTS CARPET & FINE FLOORING, SALIM HUSSAIN, EVAN LEWIS, CRAIG BROWN, AGC HOLDINGS KINGWOOD LLC, MEMORIAL HERMANN MEDICAL GROUP, DOUGLAS HARTUNG, KRISTIN HARTUNG, JAMES HART, BILLIE HART, CLARA ANDREWS, PATRICIA ACOSTA, WILLIAM ALGEO, DEBRA ALGEO, MARIA ARANDA, INA ASH, PATRICK BAILEY, SHANNON BAKER, CATHY BAKER, TYNA BAKER, GREGORY BENNETT, AIMEE BENNETT, GEORGE BENOIT, CHARLOTTE BENOIT, CAROLEE BOARDMAN, MICAJAH BOATRIGHT, JODI BOATRIGHT, GEORGE BODMAN, JANET BODMAN, BENARD BONTEMPS, JAMES BOWEN,  MARTHA BOWEN, NIGEL BRASSINGTON, PATRICIA BRIGHTWELL, COLLEEN CAMPBELL, TINA CENTENO LEWIS, MIKE CHADDICK, LINDA CHADDICK, ROLAND CHEMALI, MURIEL CHEMALI, CHANDA COMBS, JOHN CONVERSE, GLORIA CONVERSE, KELLY COWIESON, J DIAMOND AND ASSOCIATES PLLC, GREGORY DOUGHTIE, DIANA DOUGHTIE, WILLIAM ELSTON, DARLENE ELSTON, CODY FELTON, LAUREN FELTON, STEPHEN FISHER, RACHEL FISHER, CHESTER FRAZIER, ANITA FRAZIER, STEVEN FREEMAN, MARGARET FREEMAN, ROBERT FURLOUGH, SHERRY FURLOUGH, ROBERT GARCIA, LANA GARCIA, LUPE GARCIA, ADRIAN GEE, MARYJANE GOMEZ, SEBASTIAN GUIRIN, PAUL HANSEN, JOHN HART, KERRI HART, JIMMY HICKS, DIANNE HICKS, WILLIAM HIGGINS, ELIZABETH HIGGINS, CHARLES HUCKABEE, JULIE HUCKABEE, FAISAL HUSSAIN, SHAZIA SIDDIQUI, JEFFREY HYLER, BARBRA HYLER, AGNES JIMENEZ, MARCIN JURANEK, JOLANTA JURANEK, RICHARD KENT, SARA KENT, PHILIP KIEF, STEPHANIE KIEF, WERNER KIEF, JIMMIE KIEF, HEIDI KOCH, PHIL KORENEK, SANDY KORENEK, PAUL LABORDE, MARILYN LABORDE, EUGENE LANCASTER, THEODORE LAPESH, SUE LAWS, JERRY LEBUS, MARY LEBUS, RAUL LEGORRETA, PHILIPPE LEONARD, JOSE LLAMOSAS, ROBERT LUCAS, ALEXANDER MADDOX, PAUL MARTINEZ, ROSALIO MARTINEZ, PAULIN MARTINUC, NANCY MATZKE, RONALD MAY, PAIGE MAY, RONNIE MAYO, DEBBIE MAYO, DIANA MILLER, ROBERT MOORE, BRENDA MOORE, DENNIS MORRIS,

STEVE MURAWSKI, JANET MURAWSKI, IAN MURRAY, JACQUELINE MURRAY, JOHN OLSAVSKY, MARY OLSAVSKY, GARRY PATTON, NANCY PATTON, CHRISTOPHER PERDUE, STEPHANIE PERDUE, PIETER POTGIETER, NICKY POTGIETER, DANA PRADERVAND, MICHAEL PURCELL, TIMOTHY REESE, SANDI REESE, JANA REID, HELEN REULAND, JOE REYES, ERICA REYES, THOMAS RODGERS, RICHARD RODRIGUEZ, LISA RODRIGUEZ, SUSIE ROSENTHAL, RICHARD ROYALL, LAURA EVAN, PHILIP RUZISKA, BARBARA RUZISKA, DAVID SCHNEIDER, SHELLY SCHNEIDER, MICHAEL SHRANG, KELLI SHRANG, MIKE SMITH, KELLY SMITH, JAMES SPAIN, EMILY SPAIN, JASON SPRUILL, MICHAEL STEVENS, RENEE STEVENS, CECILLE STITT, MICHAEL STOCK, JENNIFER STOCK, JEFFREY SUTTON, MARK SWANNER, BRENACE SWANNER, JANICE TACKETT, VYONNE TRUSDALE, ARTHUR VAN DER VORM, SANDRA VAN DER VORM, BRENT WALKER, SANDRA WALKER, JIMMY WEIDNER, JEREMY WILLIAMS, KRISTA WILLIAMS, ALAN WILSON, BARBRA WILSON, TERI WILSON, BUKIL YOO, KYUNG YOO, CHARLOTTE ZIMA, YANGI LIN, RODRICK DENNIS, EUNICE DENNIS, CHARLES MADDEN, VINCENT MCCONNELL, FRAN MCCONNELL, NORRIS WASHINGTON, ZENOBIA WASHINGTON, NOE CASANOVA, MARY JANE CASANOVA, RANDY BRAUD, MARILYN BRAUD, RALPH IMPERATO, JOAN IMPERATO, CHRISTIAN BUDDE, MOIRA BUDDE, PATRICIA NICHOLS, MARK CLEMENCE, CARMEN CLEMENCE, RANDY ZIEBARTH, SHARI ZIEBARTH, BRIAN JOHNSON, JILL JOHNSON, BRIAN COLONA, SHIRLEY COLONA, MARK MABILE, ROSIE MABILE, BOB HARRELL, ALISON HARRELL, JEFFREY DIAMOND, STACEY DIAMOND, JEFF BAILEY, ANNCHEL BAILEY, JOZEF BOREAS, LORRAINE BOREAS, RUSSELL CHANDLER, JACQUELINE CHANDLER, LAWRENCE CSENGERY, ELVIRA CSENGERY, BENJAMIN FLORES, ROBERT GARWOOD, KIMBERLY GARWOOD, ABDUS GULL, HUMARA GULL, LEAANN HOFFMAN, RICARDO MEJIA, JENNIFER MEJIA, RAFIA QADRI, JACK SCHOLLARD, BARBARA SCHOLLARD, JASON TAYLOR, RACHEL TAYLOR, STEVE CONLEY, MICHELLE CONLEY, COREY COX, BRYANNA COX, WILLIAM MORGAN, MARY MORGAN, MAURICIO NAVES, IMELDA NAVES, ELSON ROBERTON, LORI ROBERTSON,

THOMAS STEGNER, DOUGLAS SUELL, CAROLYN SUELL, BEN WILLIS, BYRON WILLIS, TSONG-DAR, JULIE LIN, MICHAEL AHEARNE, JESSICA AHEARNE, JED ANDERSON, JILL ANDERSON, WILLIAM BACHMAN, JUDY BACHMAN, JAMES BELTIS, ELIZABETH BELTIS, DAVID BURNLEY, JENNIFER BURNLEY, RHUBEN COFFEY, SOPHIE COFFEY, MICHAEL FONTENOT, ELISSA FONTENOT, DON GARRETT, JULIETTA GARRETT, ANDREW GOLDSMITH, DEBBIE GOLDSMITH, JEFF HASSEL, KETHLEEN HASSEL, MICHAEL HIGGINS, PEGGY HIGGINS, SCOTT HOMANN, WRYNN HOMANN, VICKI LOTT, WILLIAM MCMAHON, JR., SUSAN MCMAHON, KEVIN MILLS, KEELY MILLS, SANTIAGO PACHECO, CECLILA PACHECO, KENNETH PARR, SUZANNE PARR, JAMES RUTHERFORD, DIANA RUTHERFORD, PAUL SCHIKAL, CYNTHIA SCHIKAL, KELVIN SHAW, ELIZABETH SHAW, PATRICK SMITH, TAWN SMITH, MICHAEL STARK, MARY STARK, BEN TRAMMELL, CYNTHIA TRAMMELL, PAUL YALE, PAULA YALE, MICHAEL ZELLER, KRISTI ZELLER, DAVID BABENDURE, RHANI BABENDURE, RAINER BAUER, LEA BAUER, JEFF BEASON, ELAINE BEASON, JULIE BERNELL, CHARLES CASEY, MAUREEN CASEY, STUART CASTLEBERRY, MARIELLEN CASTLEBERRY, SCOTT DUBOIS, CYRENTHIA DUBOIS, ANTHONY EDEN, JACQUELINE EDEN, DANIEL FOISIE, DONNA FOISIE, TOM GILBERT, MARY GILBERT, GARY GORSKI, ELLEN GORSKI, ERNEST HAUSER, BEVERLY HAUSER, DALE JOLY, DEBRA JOLY, DICKEY LANEY, DONNA LANEY, SCOTT LEBBIN, JOY LEBBIN, JOHN LINDBERG, ELIZABETH LINDBERG, NEAL LUX, NICOLE LUX, MARK MARBACH, MARY MARBACH, DAVID MERKLEY, ADAM MOWERY, SARAH MOWER, MICHAEL PENN, JANETTA PENN, STEPHEN RIPP, KATHLEEN RIPP, THOMAS SNYDER, LORI SNYDER, BRETT THOMAS, JAMIE THOMAS, TRUMAN WOODWARD, SALLY WOODWARD, JEREMY ADORNA, JOLENE ADORNA, DARRELL ANTRICH, JULIE ANTRICH, CARL BARTZ, KATHRYN BARTZ, GREG BATTERTON, JANINE BATTERTON, STEVEN BEYER, CHRISTINE BEYER, ROBERT BLEWETT, TERRI BLEWETT, JAMES BOLTINGHOUSE, MARY BOLTINGHOUSE, KEVIN BUTLER, TERI BUTLER, DAN BYERS, TIFFANY BYERS, JAMES BYRD, MARY BYRD, ANDY RAY, JEFF ADAMS, ELIZABETH ADAMS, BRAD ADCOCK,

**HEATHER ADCOCK, PAUL AEGERTER, MARCIA AEGERTER, TIM AMES, IRMA AMES, GERALD ANDREWS, ALFONSO ARIAS, FANNY ARIAS, RAUL ARIAS, PILAR ARIAS, DAVID ATTEBERRY, LOIS ATTEBERRY, SAMUEL AURILIO, MARY AURILIO, ROBERT AWALT, SUSAN AWALT, LARRY BATES, ALETHA BATES, WALTER BENNETT, DENIA BENNETT, GERALD ANDREWS, LORI BERRY, MARK BLAYLOCK, JOHN BLOOMER, RHONDA BLOOMER, ERIC BOER, CHRISTEL BOER, JOY BOHLKE, BRIDGET BOUDREAUX, JOSEPH DEGRADO, PHILLIP BOUGHTON, KAREN BOUGHTON, LAUREN BOYD, RHONDA BOYD, BELINDA BOYD MILLER, LUTHER BRENEK, ALVIN BREWER, CONNIE BREWER, JESUS BRITO, MARIA BRITO, ROBERT BROWN, KRISTI BROWN, DAVID BURRESS, KATHERINE BURRESS, CHRISTOPHER BUSH, TOM BUTLER, MARILYN BUTLER, ANTULIO CARDENAS, YECENIA CARDENAS, JOHN CARLISLE, SHERIE CARLISLE, JOHN CARTER, PATTY CARTER, WILLIAM CARTER, GAIL CARTER, DOUGAN CARUTHERS, YVONNE CATALA, LEENDERT KLUFT, COREY CHAMBERLAIN, JO LANE CHAMBERLAIN, DON CHESNUT, ANGELA CHESNUT, ROBERT CIPRIANI, ELIZABETH CIPRIANI, RICHARD CLAYDEN, GAIL CLAYDEN, CAROL CLAYTON, PETER COULTER, MELINDA COULTER, JOHN CUGINI, PATRICIA CUGINI, PATRICK CUNNINGHAM, LINDA CUNNINGHAM, RANDY DAVIS, SHERRY DAVIS, ROBERT WESTOVER, DANIE BURKHARDT, MARC FRANCIOSA, RICHARD GATHINGS, MARION GILLESPIE, LESTER WILKES, FAYE WILKES, BENSON YUEN, GEORGE RONCHAQUIRA, JEFF EARLY, ELIZABETH EARLY, AARON HENSON, JEANNE HENSON, JAMES DICKEY, SHEILA DICKEY, MIKE WOEHST, LINDA WOEHST, SMILES BY WOEHST, GORDON MAYEAUX, KATHY MAYEAUX, FARROLD BALOTE, JOE MURPHY, JANET PHELPS, DON FISHBECK, AND BRENDA FISHBECK, Relators**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

Relators have filed a petition for writ of mandamus, requesting that this Court order respondent, the Honorable Sylvia Matthews, to disqualify herself as the multidistrict litigation ("MDL") pretrial judge or, in the alternative, to rule on their objections to her appointment as the pretrial MDL judge.[1]  We deny the petition for writ of mandamus.  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.

---

[1]  The underlying case is *Eduardo Del Pino, et al. v. Hanson Aggregates, LLC, et al.,* Cause No. 2020-08901, pending for coordinated pretrial proceedings in the 281st District Court of Harris County, Texas, the Honorable Sylvia Matthews presiding as MDL pretrial judge.